No. 627, Misc. LAMMA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *J. Robert Lunney* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson,* and *Philip R. Monahan* for the United States.

No. 647, Misc. TYSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Robert M. Hitchcock* for petitioner. *Michael F. Dillon* for respondent.

No. 667, Misc. HALL *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 674, Misc. BECKER *v.* MATTEAWAN STATE HOSPITAL SUPERINTENDENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 699, Misc. McKINNEY *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 712, Misc. SIMS *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of S. F. Certiorari denied. *Norman Leonard, Benjamin Dreyfus* and *George Martinez* for petitioner.

No. 721, Misc. CURTIS *v.* COBEY ET AL. C. A. D. C. Cir. Certiorari denied. *Arthur S. Curtis, pro se. J. Joseph Barse* for Cobey, *Frederick A. Ballard* for Western Electric Co., and *Ross O'Donoghue* for Great American Insurance Co., Inc., respondents.